Kent Anderson, OSB #78-125
Kent Anderson Law Office
888 West Park
Eugene, OR 97401
(541) 683-5100
Attorney for Debtors/Plaintiffs

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | |
| Darrell G. Ruse and Christy A. Ruse, ) | Case No. 09-64664-tmr13 |
| ) | |
| Debtors. ) | Adv. Proc. No. 12-06185-tmr |
| ) | |
| _____ ) | MOTION TO DISMISS |
| ) | |
| Darrell G. Ruse and Christy A. Ruse, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| Pushpin Holdings, LLC, a New York Limited ) | |
| Liability Company, and Lease Finance Group, ) | |
| Inc., a Minnesota corporation, ) | |
| ) | |
| Defendants. ) | |

    COMES NOW Plaintiffs, by and through their attorney, Kent Anderson, and move the Court for an order dismissing this case with prejudice and without an award of costs or attorney fees to either party. Additionally, Plaintiffs request waiver of any requirement to notice the settlement reached between the parties to creditors and other interested parties.

// //

**Page 1 – Motion to Dismiss**

This motion is supported by the Affidavit of Counsel filed herewith.

DATED this 15th day of January, 2013.

                                                  KENT ANDERSON LAW OFFICE

                                     BY:   /s/ Kent Anderson
                                                  Kent Anderson, OSB #78-125
                                                  Attorney for Debtors/Plaintiffs
                                                  Trial Attorney

## CERTIFICATE OF SERVICE

I certify that on January 15, 2013, the foregoing MOTION TO DISMISS and attached affidavit was served on the parties listed below to the addresses specified by the following method:

By depositing certified true copies thereof in the US Mail at Eugene, Oregon, enclosed in a sealed envelope, with postage prepaid, addressed to:

Joseph I. Sussman, P.C.                    Lease Finance Group, Inc.
Attorney for Pushpin Holdings, LLC     Dan Dryer, President
Penncom Plaza                               7700 Equitable Drive, #203
132 W. 31st Street, Suite 1320              Eden Prairie, MN 55344
New York, NY 10001

And by electronic transmission as follows:

US Trustee (USTPRegion18.EG.ECF@usdoj..gov)
Fred Long, Trustee (longeugctmail@qwestoffice.net)

                                                    /s/ Kent Anderson
                                                    Kent Anderson, OSB #78-125
                                                    Attorney for Plaintiffs

**Page 2 – Motion to Dismiss**

```
1   Kent Anderson, OSB #78-125
    Kent Anderson Law Office
2   888 West Park
    Eugene, OR 97401
3   (541) 683-5100
    Attorney for Debtors/Plaintiffs
4
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | |
| Darrell G. Ruse and Christy A. Ruse,, ) | Case No. 09-64664-tmr13 |
| ) | |
| Debtors. ) | Adv. Proc. No. 12-06185-tmr |
| ) | |
| _____ ) | AFFIDAVIT OF COUNSEL |
| ) | |
| Darrell G. Ruse and Christy A. Ruse, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| Pushpin Holdings, LLC, a New York Limited ) | |
| LiabilityCompany, and Lease Finance Group, ) | |
| Inc., a Minnesota corporation, ) | |
| ) | |
| Defendants. ) | |

STATE OF OREGON        )
                       ) ss.
County of Lane         )

I, Kent Anderson, being first duly sworn, depose and say as follows:

I am the attorney for Plaintiffs in the above adversary proceeding.  I make this Affidavit in support of the Motion to Dismiss filed herewith.

**Page 1 – Affidavit of Counsel**

**1** A mutually agreeable settlement has been reached with Defendant Pushpin Holdings,

**2** LLC that resolves this matter in its entirety. Plaintiffs wish to have any required noticing of the

**3** settlement to creditors be waived by the Court.

**4** DATED this 15th day of January, 2013.

**5**

**6** /s/ Kent Anderson
KENT ANDERSON

**7**

**8** SUBSCRIBED AND SWORN to before me this 15th day of January, 2013.

**9**

**10** /s/ Lynn G. Seitz
NOTARY PUBLIC FOR OREGON

**11** My Commission Expires: 3-23-2015

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27** **Page 2 – Affidavit of Counsel**