**DISTRICT OF OREGON**
**F I L E D**
**February 07, 2013**
**Clerk, U.S. Bankruptcy Court**

1

2      Below is an Order of the Court.

3

4

5

6

7                                                    THOMAS M. RENN
                                                     U.S. Bankruptcy Judge

8              IN THE UNITED STATES BANKRUPTCY COURT

9                      FOR THE DISTRICT OF OREGON

10

11     In Re:                              )
                                           )
12     Darrell G. Ruse and Christy A. Ruse,  )    Case No. 09-64664-tmr13
                                           )
13                     Debtors.            )    Adv. Proc. No. 12-06185-tmr
                                           )
14     ─────────────────────────────────  )    ORDER GRANTING  MOTION TO
                                           )    DISMISS ADVERSARY PROCEEDING
15     Darrell G. Ruse and Christy A. Ruse,  )
                                           )
16                     Plaintiffs,         )
                                           )
17              v.                         )
       Pushpin Holdings, LLC, a New York Limited )
18     Liability Company, and Lease Finance Group, )
       Inc., a Minnesota corporation,      )
19                                         )
                       Defendants.         )
20     ─────────────────────────────────  )

21

22         Having considered Plaintiffs' Motion to Dismiss, the Affidavit of Counsel filed

23     therewith, and the file in this case, the Motion is hereby granted and Plaintiffs' Complaint shall

24     be dismissed with prejudice and without an award of costs or fees to either side,

25         IT IS SO ORDERED.

26                                    ###

27     **Page 1 – Order Granting Motion to Dismiss Adversary Proceeding**

KENT ANDERSON LAW OFFICE
888 West Park Street
Eugene, Oregon 97401
(541) 683-5100

Presented by:


/s/ Kent Anderson
Kent Anderson, OSB #78-125
Attorney for Plaintiffs



cc:

Joseph I. Sussman, P.C.                    Lease Finance Group, Inc.
Attorney for Pushpin Holdings, LLC         Dan Dryer, President
Penncom Plaza                              7700 Equitable Drive, #203
132 W. 31st Street, Suite 1320             Eden Prairie, MN 55344
New York, NY 10001

US Trustee (USTPRegion18.EG.ECF@usdoj..gov)
Fred Long, Trustee (longeugctmail@qwestoffice.net)
Kent Anderson (kent@kentandersonlaw.com)

**Page 2 – Order Granting Motion to Dismiss Adversary Proceeding**